fice of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Wallene Antoinette Gaither appeals the district court's order denying her motion for a new trial pursuant to Fed.R.Crim.P. 33, or, in the alternative, for dismissal of the indictment. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Gaither*, No. CR–98–202 (M.D.N.C. Jan. 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

James Edward Dawkins, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

James Edward Dawkins appeals the district court's order dismissing his petition filed under 28 U.S.C. § 2241 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Dawkins v. Dewalt*, No. CA–02–10–5–BO (E.D.N.C. Jan. 22, 2002). We deny Dawkins' motion for the appointment of counsel at Government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

James Edward DAWKINS,
Petitioner–Appellant,

v.

Stephen DEWALT, Warden,
Respondent–Appellee.

No. 02–6228.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2002.

Decided May 23, 2002.

Samuel Alando WALKER,
Petitioner–Appellant,

v.

Earnest R. SUTTON, Respondent–Appellee.

No. 02–6229.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2002.

Decided May 23, 2002.